UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERIN MITCHELL, DANIELLE DIGIROLAMO,
JOSH SMITH, DONALD MONTANO,
ALEXANDER SUAREZ, TY HAILEY,
RAY NEAL, JOSHUA HELTKE,
　　　　Plaintiffs,

cv 12 - 370

v.

CITY OF NEW HAVEN, JOHN DESTEFANO,
DEAN ESSERMAN, PROPRIETORS OF
THE NEW HAVEN GREEN,
　　　　Defendants

MARCH 13, 2012

## MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the plaintiff respectfully moves that the court issue a temporary restraining order and a temporary injunction. The plaintiffs request that this order issue before noon on March 14, 2012 for the following reasons:

1. The plaintiffs are protestors who have occupied the New Haven Green since October 15, 2011.

1

2. The defendants in this action caused notice to be served on them that they will be evicted unless they quit the Green by noon on March 14, 2012.

3. The defendants did not serve notice on the plaintiffs until March 12, 2012.

THE PLAINTIFFS

By_____
NORMAN A. PATTIS 13120
KEVIN SMITH
129 Church Street
New Haven, CT 06524
203.393.3017
203.393.9745 (fax)